**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| FARMLAND PARTNERS INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SABREPOINT CAPITAL MANAGEMENT, LP, SABREPOINT CAPITAL PARTNERS, LP, SABREPOINT CAPITAL PARTICIPATION, LP, GEORGE BAXTER, DONALD MARCHIONY, and JOHN/JANE DOES 1–10,<br><br>Defendants. | Civil Action No. 3:21-CV-1305-D |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF REFILING ACTION IN STATE COURT**

Plaintiff Farmland Partners Inc. hereby responds to the Court's order to show cause (ECF No. 15). Based on Plaintiff's pre-suit inquiry into citizenship of the parties, including review of court filings and other public records, Plaintiff had no reason to believe that any Defendant shared citizenship with Farmland Partners. Accordingly, Plaintiff alleged that diversity of citizenship existed based on information and belief. *See Lincoln Benefit Life Co. v. AEI Life, LLC*, 800 F.3d 99, 107-09 (3rd Cir. 2015); *Carolina Casualty Ins. Co. v. Team Equipment, Inc.*, 741 F.3d 1082, 1087 (9th Cir. 2014); *BSG Clearing Solutions North America v. Durham Technology, LLC*, No. SA-17-CV-1097-XR, 2018 WL 6219812 at *3 (W.D. Tex. Nov. 20, 2018); *Bates Energy Oil & Gas, LLC v. Complete Oil Field Services, LLC*, No. SA-17-CA-808-XR, 2017 WL 8727480 at *2 (W.D. Tex. Aug. 30, 2017).

Following the Court's order, counsel for Farmland Partners asked counsel for Defendants to confirm this understanding by providing the relevant citizenship information. After investigating, counsel for Defendants informed Farmland Partners that Defendant Sabrepoint Capital Partners, LP's presence in this case defeats diversity jurisdiction, albeit without identifying a specific limited partner-investor that is a citizen of Maryland or Colorado.

Given this representation by counsel for Defendants, Farmland Partners is refiling this action in Texas state court rather than amending the complaint in this case to delete Sabrepoint Capital Partners, LP as a party, and thus dismissal of this action for lack of subject matter jurisdiction is warranted, consistent with the Court's order.

Dated: July 2, 2021

Respectfully submitted,

*/s/ E. Leon Carter*

E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
J Robert Arnett
Texas Bar No. 01332900
barnett@carterarnett.com
Courtney Barksdale Perez
Texas Bar No. 24061135
cperez@carterarnett.com
**CARTER ARNETT PLLC**
Campbell Centre II
8150 N. Central Expressway, Suite 500
Dallas, TX 75206
(214) 550-8188

Scott F. Llewellyn
Sarah E. Barr
Brenden J. Cline
**MORRISON & FOERSTER LLP**
370 17th Street, Suite 4200
Denver, CO 80202
Telephone: 303-592-1500
Facsimile: 303-592-1510
sllewellyn@mofo.com
sbarr@mofo.com
bcline@mofo.com

Michael D. Birnbaum
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Telephone: 212-468-8000
Facsimile: 212-468-7900
mbirnbaum@mofo.com

**ATTORNEYS FOR PLAINTIFF FARMLAND PARTNERS INC.**